# United States District Court

NORTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL CASE

DONTIE S. MITCHELL,

      Plaintiff,

      v.          CASE NUMBER:   9:20-CV-1407

ANTHONY J. ANNUCCI; PATRICK D. REARDON; DONALD VENETTOZZI; JEFF MCKOY; CHRISTOPHER MILLER; TERESA TYNON; MULCAHY; WALKER; CORRECTION OFFICER DEBEJIAN; OFFICER CUCHI; D. FRISINA; S. JACKSON, and SGT. TORRES,

      Defendants.

TO:    ALL DEFENDANTS

a lawsuit has been filed against you.   Within 60 days after service of this summons on you (not counting the day you received it) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dontie S. Mitchell   58894- PLAINTIFF PRO SE
      Albany County Correctional Facility
      840 Albany Shaker Road
      Albany, NY 12211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

*Clerk of Court*

January 7, 2025
DATE

Nancy A. Steves
(BY) DEPUTY CLERK